# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY E. STILWELL, JR., | Case No.: 2:19-cv-01896-KJD-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| CAESARS ENTERTAINMENT CORPORATION, et al., | |
| Defendant(s). | |

Due to conflicting duties of the Court, the ENE session is **CONTINUED** to 9:30 a.m. on May 8, 2020. ENE statements must be submitted by 3:00 p.m. on May 1, 2020.

IT IS SO ORDERED.

Dated: March 12, 2020

Nancy J. Koppe
United States Magistrate Judge

1