TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY E. STILWELL, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation; BARTENDERS' UNION LOCAL 165, a domestic not for profit corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-01896-KJD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT BARTENDERS' UNION LOCAL 165'S MOTION TO DISMISS AND FOR DEFENDANT TO REPLY**<br>(First Request) |

COMES NOW, Plaintiff, STANLEY E. STILWELL, JR. (hereinafter, "Plaintiff"), by and through his attorney of record Trevor J. Hatfield of the law firm of Hatfield & Associates, Ltd., and BARTENDERS' UNION LOCAL 165's (hereinafter "Defendant Local 165"), by and through its attorney of record Sarah Grossman-Swenson, Esq. of the law firm of McCracken, Stemerman & Holsberry, LLP, and do hereby stipulate and agree to an extension of time for Plaintiff to respond to Defendant Local 165's Motion to Dismiss (ECF #14), that was filed on March 10, 2020. Accordingly, Plaintiff shall have up to and including April 7, 2020 to respond to Defendant Local 165's Motion to Dismiss (ECF No. 14).

The reason that the extension is requested is because the parties originally agreed to a continuance as an Early Neutral Evaluation Session ("ENE") was scheduled for March 25, 2020

(ECF No. 9) which has now been rescheduled to May 8, 2020 (ECF No. 15). Nevertheless, the parties hereby request this Stipulation and Order to continue Plaintiff's deadline to file an Opposition to Defendant Local 165's Motion to Dismiss to April 7, 2020.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of the time for Plaintiff to respond to Defendant Local 165's Motion to Dismiss.

Dated this 24th day of March 2020.

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, NV 89101
Telephone: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 24th day of March 2020.

McCRACKEN, STEMERMAN & HOLSBERRY LLP

*/s/ Sarah Grossman-Swenson*
By: _____
Sarah Grossman-Swenson, Esq. (SBN 11979)
Sarah O. Varela, Esq. (SBN 12886)
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Telephone: (702) 386-5107
Email: sgs@msh.law
*Attorneys for Defendant Bartenders' Union Local 165*

///

///

///

///

///

///

///

///

///

Dated this 24th day of March, 2020.

FENNEMORE CRAIG, P.C.

By: */s/ Shannon S. Pierce*
Shannon S. Pierce, Esq. (SBN 12471)
Elizabeth J. Bassett, Esq. (SBN 9013)
300 East Second Street, Suite 1510
Reno, NV 89501
Telephone: (775) 788-2200
Email: spierce@fclaw.com
*Attorneys for Defendant
Caesars Entertainment Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/02/2020_____, 2020.

## **CERTIFICATE OF SERVICE**

I certify that on the 24th day of March 2020, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT BARTENDERS' UNION LOCAL 165'S MOTION TO DISMISS AND FOR DEFENDANT TO REPLY (First Request)** with the Clerk of the Court by using the ECF system.

Dated this 24th day of March 2020.   By: */s/ Freda P. Brazier*
                                         An employee of Hatfield & Associates, Ltd.