# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY E. STILWELL, JR., | Case No.: 2:19-cv-01896-KJD-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| CAESARS ENTERTAINMENT CORPORATION, et al., | |
| Defendant(s). | |

The Court is striving to reduce personal appearance in the courthouse through general orders that remain in effect. *See*, *e.g.*, Temp. Gen. Order 2020-04 at 3. Accordingly, the early neutral evaluation in this case is hereby **CONTINUED** to 1:00 p.m. on July 2, 2020. ENE statements must be submitted by 3:00 p.m. on June 25, 2020. All other requirements previously established continue to govern. Docket Nos. 11, 16.

IT IS SO ORDERED.

Dated: April 14, 2020

_____
Nancy J. Koppe
United States Magistrate Judge