**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce (Bar No. 12471)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fennemorelaw.com

Attorneys for Defendant
Caesars Entertainment Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY E. STILWELL, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation; BARTENDERS' UNION LOCAL 165, a domestic not for profit corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No. 2:19-cv-01896-KJD-VCF<br><br>**CAESARS ENTERTAINMENT CORPORATION'S NOTICE OF DISASSOCIATION OF COUNSEL** |

TO: THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that ELIZABETH A. BASSETT, ESQ. is no longer associated with Fennemore Craig, P.C., as counsel for Defendant Caesars Entertainment Corporation in the above-captioned matter and should be removed from all further notices. Shannon S. Pierce and the law firm of Fennemore Craig, P.C. continue to be counsel of record for Defendant Caesars Entertainment Corporation.

19480979.1/037641.0175

| | |
|---|---|
| DATED: March 16, 2022 | FENNEMORE CRAIG, P.C. |
| | By: /s/ Shannon S. Pierce |
| | Shannon S. Pierce. (SBN 12471) |
| | 7800 Rancharrah Parkway |
| | Reno, NV 89511 |
| | (775) 788-2200 |
| | |
| | Attorneys for Defendant |
| | Caesars Entertainment Corporation |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-17-2022

## CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to Fed.R.Civ.P.5(b), I am serving a true and correct copy of the attached **NOTICE OF DISASSOCIATION OF COUNSEL** on the parties set forth below via the Court's CM/ECF electronic filing / service system:

| | |
|---|---|
| Trevor J. Hatfield, Esq.<br>Hatfield & Associates, Ltd.<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>thatfield@hatfieldlawassociates.com<br><br>Attorneys for Plaintiff Stanley Stilwell | Sarah Grossman-Swenson, Esq.<br>Sarah O. Varela, Esq.<br>McCracken, Stemerman & Holsberry, LLP<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, NV 89102<br>sgs@msh.law<br><br>Attorneys for<br>BARTENDERS' UNION LOCAL 165 |

DATED: March 16, 2022

   /s/  *Debbie Sorensen*
An employee of FENNEMORE CRAIG, P.C.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
RENO

- 3 -

19480979.1/037641.0175