TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY E. STILWELL, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO: 2:19-cv-01896-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #70)**<br>**(Second Request)** |

COMES NOW, Plaintiff, STANLEY E. STILLWELL, JR., (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CAESARS ENTERTAINMENT CORPORATION (hereinafter "Defendant"), by and through its counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #70). This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

///

1

Good cause exists for this extension. Plaintiff's counsel has had two trials and multiple all-day depositions that have consumed more time in preparation and attending than anticipated. Moreover, Plaintiff's counsel needs to confer with his client regarding the undisputed facts as asserted by Defendant regarding Defendant's motion for summary judgment and to formulate Plaintiff's response and has been unable to reach Plaintiff as he was out of state on vacation.

Accordingly, Plaintiff shall have up to and including October 5, 2022, to respond to Defendant's Motion for Summary Judgment (ECF #70). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: September 21, 2022

**HATFIELD & ASSOCIATES, LTD.**

By:   /s/ *Trevor J. Hatfield*
Trevor J. Hatfield, Esq.  (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: September 21, 2022

**FENNEMORE CRAIG, P.C.**

By:   */s/ Shannon S. Pierce*
Shannon S. Pierce, Esq., (SBN 12471)
300 East Second Street, Suite 1510
Reno, Nevada 89501
Tel.: (775) 788-2200
Email:  spierce@fennemorelaw.com
*Attorneys for Defendant Caesars Entertainment Corporation*

**IT IS SO ORDERED.**

DATED this 22nd day of September, 2022.

_____
DISTRICT COURT JUDGE