| | |
|---|---|
| 1 | SHANNON PIERCE, ESQ. |
| 2 | Nevada Bar No. 12471<br>**FENNEMORE CRAIG, P.C.** |
| 3 | 7800 Rancharrah Parkway<br>Reno, Nevada 89511 |
| 4 | Telephone: (775) 788-2200<br>Fax: (775) 786-1177 |
| 5 | *spierce@fennemorelaw.com* |
| 6 | *Attorney for Defendants* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY E. STILWELL, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO: 2:19-cv-01896-KJD-VCF<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF No. 70)**<br>**(First Request)** |

Plaintiff STANLEY E. STILLWELL, JR., ("Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CAESARS ENTERTAINMENT CORPORATION ("Defendant"), by and through its counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., do hereby stipulate and agree to extend time for Defendant to submit its reply in support of its Motion For Summary Judgment (ECF No. 70). This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of the reply deadline referenced above.

Good cause exists for this extension. Originally, Plaintiff's opposition to ECF No. 70 was due in August 2022. After Plaintiff requested and received three extensions of this deadline, on October 12, 2022, Plaintiff submitted his opposition to ECF No. 70. This changed timeline caused Defendant's reply deadline to conflict with other pressing deadlines impacting the availability of

defense counsel. Defense counsel needs one additional week, through November 2, 2022, to complete and submit the reply brief.

Accordingly, Defendant shall have up to and including November 2, 2022, to submit its reply in support of its Motion for Summary Judgment (ECF No. 70).

**IT IS SO STIPULATED.**

Dated:  October 25, 2022                                            Dated:  October 25, 2022

**HATFIELD & ASSOCIATES, LTD.**                   **FENNEMORE CRAIG, P.C.**

By:  */s/ Trevor J. Hatfield*                                       By:  */s/ Shannon S. Pierce*
Trevor J. Hatfield, Esq.  (SBN 7373)                    Shannon S. Pierce, Esq., (SBN 12471)
703 South Eighth Street                                          300 East Second Street, Suite 1510
Las Vegas, Nevada 89101                                      Reno, Nevada 89501
Tel.:  (702) 388-4469                                               Tel.:  (775) 788-2200
Email:thatfield@hatfieldlawassociates.com      Email:  spierce@fennemorelaw.com
*Attorney for Plaintiff*                                              *Attorneys for Defendant Caesars Entertainment Corporation*

**IT IS SO ORDERED.**

DATED this 26th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

2