TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY E. STILWELL, JR., an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendant. | CASE NO: 2:19-cv-01896-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #70)**<br>**(Third Request)** |

　　　COMES NOW, Plaintiff, STANLEY E. STILLWELL, JR., (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CAESARS ENTERTAINMENT CORPORATION (hereinafter "Defendant"), by and through its counsel, Shannon S. Pierce, Esq., of the law firm of Fennemore Craig, P.C., do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #70). This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' third request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

///

Good cause exists for this extension. Plaintiff has not been able to complete his review of the motion and counsel needs to confer with his client regarding the undisputed facts as asserted by Defendant regarding Defendant's motion for summary judgment and to formulate Plaintiff's response.

Accordingly, Plaintiff shall have up to and including October 12, 2022, to respond to Defendant's Motion for Summary Judgment (ECF #70). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated:  October 4, 2022                                   Dated:  October 5, 2022

**HATFIELD & ASSOCIATES, LTD.**                          **FENNEMORE CRAIG, P.C.**

By:   /s/ *Trevor J. Hatfield*                            By:   /s/ *Shannon S. Pierce*

Trevor J. Hatfield, Esq.  (SBN 7373)                      Shannon S. Pierce, Esq., (SBN 12471)
703 South Eighth Street                                   300 East Second Street, Suite 1510
Las Vegas, Nevada 89101                                   Reno, Nevada 89501
Tel.:  (702) 388-4469                                     Tel.:  (775) 788-2200
Email: thatfield@hatfieldlawassociates.com                Email:  spierce@fennemorelaw.com
*Attorney for Plaintiff*                                  *Attorneys for Defendant Caesars Entertainment Corporation*

**IT IS SO ORDERED.**

DATED this 14th day of March, 2023.
(nunc pro tunc)

_____
DISTRICT COURT JUDGE